UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| WAYNE SCOVIL, ET AL., ) <br> ) <br> PLAINTIFFS ) <br> ) <br> v. ) <br> ) <br> FEDEX GROUND PACKAGE ) <br> SYSTEM, INC. *d/b/a FedEx* ) <br> *Home Delivery*, ) <br> ) <br> DEFENDANT ) | NO. 1:10-CV-515-DBH |

**ORDER AFFIRMING PRETRIAL DISCOVERY ORDER**

On December 16, 2011, I vacated the Magistrate Judge's Order in a discovery dispute because it appeared that the plaintiffs had chosen not to contest the defendant's objection to its limitation on the number of depositions. (Docket Item 74).  However, on December 21, 2011, I granted the plaintiffs' motion for leave to file late.  (Docket Item 77).  Therefore the Magistrate Judge's original Pretrial Discovery Order (Docket Item 69) is **REINSTATED**.  Now I proceed to consider the defendant's objection to deposition limits in the Order and the plaintiffs' response.

After reviewing all the papers, I conclude that the Magistrate Judge's Order is eminently reasonable, and is neither clearly erroneous nor contrary to law.  The objection is therefore overruled and the Pretrial Discovery Order is **AFFIRMED**.

SO ORDERED.

DATED THIS 22ND DAY OF DECEMBER, 2011

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**