## UNITED STATES DISTRICT COURT

## DISTRICT OF MAINE

| | |
|---|---|
| **WAYNE SCOVIL, ET AL.,** | ) |
| **PLAINTIFFS** | ) |
| v. | )  No. 1:10-cv-515-DBH |
| **FEDEX GROUND PACKAGE SYSTEM, INC.** *d/b/a FedEx Home Delivery*, | ) |
| **DEFENDANT** | ) |

## ORDER ON DEFENDANT'S MOTION FOR RECONSIDERATION

The motion for reconsideration is **DENIED**.  There was no manifest error of fact or law in the August 13, 2012, Decision and Order on Plaintiffs' Motion to Certify Class and Defendant's Motion to Decertify Collective Action.  See Local Rule 7(g).

**SO ORDERED.**

**DATED THIS 10TH DAY OF OCTOBER, 2012**

/s/D. Brock Hornby
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**