UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| WAYNE SCOVIL, ET AL.,                    ) | |
| )                                         | |
|       PLAINTIFFS             ) | |
| )                                         | |
| v.                                       ) | NO. 1:10-CV-515-DBH |
| )                                         | |
| FEDEX GROUND PACKAGE           ) | |
| SYSTEM, INC. *d/b/a FedEx*          ) | |
| *Home Delivery*,                           ) | |
| )                                         | |
|       DEFENDANT              ) | |

ORDER ON PLAINTIFFS' PROPOSAL CONCERNING
ATTORNEY FEES FOR CLASS COUNSEL

As I directed, the plaintiffs have filed a Proposal Concerning Attorney Fees for Class Counsel (ECF No. 150). I have reviewed the proposal. I **APPROVE** the record keeping practices and procedures described in the proposal. I reserve judgment on the proposed terms for attorney fees at this time.

**SO ORDERED.**

**DATED THIS 10TH DAY OF OCTOBER, 2012**

                                        /s/D. Brock Hornby
                                        **D. BROCK HORNBY**
                                        **UNITED STATES DISTRICT JUDGE**