# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **WAYNE SCOVIL, ET AL.,** ) </br> ) </br> **PLAINTIFFS** ) </br> ) </br> v. ) </br> ) </br> **FEDEX GROUND PACKAGE** ) </br> **SYSTEM, INC.** *d/b/a FedEx* ) </br> *Home Delivery*, ) </br> ) </br> **DEFENDANT** ) | **NO. 1:10-CV-515-DBH** |

## ORDER ON MOTION FOR RECONSIDERATION OF ORDER ON MOTIONS IN LIMINE

The defendant's motion for clarification/reconsideration of the Court's Order of November 15, 2012, is **DENIED**. FedEx Ground's Motion for Reconsideration/Clarification (ECF No. 180).

The Order ruled on the admissibility of the testimony of two experts and that is all that it ruled on. Order on Motions in Limine (ECF No. 179). If the reasoning of the Order has implications for other evidence, that is a matter for consideration at summary judgment and/or trial when that evidence is offered.

**SO ORDERED.**

**DATED THIS 7TH DAY OF JANUARY, 2013**

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**