UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| WAYNE SCOVIL, ET AL., )<br>)<br>PLAINTIFFS )<br>)<br>v. )<br>)<br>FEDEX GROUND PACKAGE )<br>SYSTEM, INC. *d/b/a FedEx* )<br>*Home Delivery*, )<br>)<br>DEFENDANT ) | No. 1:10-CV-515-DBH |

**ORDER APPROVING DISSEMINATION OF NOTICE OF SETTLEMENT**

The plaintiffs' counsel have filed a proposed Notice of Proposed of [sic] Class Action Settlement[1] (ECF No. 265-1) along with the signed Settlement Agreement (ECF No. 265-2).

I find that the proposed Notice satisfies the requirements of Rule 23(c)(2)(B) by clearly and concisely stating in plain, easily understood language (i) the nature of the action; (ii) the definition of the Class certified; (iii) the class claims and issues; (iv) that a class member may enter an appearance through an attorney if the member so desires; (v) that the Court will exclude from the Class any member who requests exclusion; (vi) the time and manner for requesting exclusion; and (vii) the binding effect of a class judgment on members under Rule 23(c)(3).

---

[1] The title of the Notice should be changed to "Notice of Proposed Class Action Settlement."

I hereby approve the Notice as set forth in the Notice of Proposed Class Action Settlement. The Notice satisfies Rule 23(c)(2)(B) and due process standards by providing individual notice to all identified class members.

I order class counsel to disseminate Notice to the Class with the following dates to be provided for in the Notice:

> Class members may object to the settlement and/or plaintiffs' application for an award of attorneys' fees and costs, in writing, in the manner described in the Notice. Any objections must be postmarked no later than February 10, 2014.
>
> Class members may exclude themselves from the Class in the manner described in the Notice. Written requests for exclusion must be postmarked no later than January 24, 2014.
>
> The hearing on the plaintiffs' motion for final approval of the settlement and the plaintiffs' application for an award of attorneys' fees and costs will be held before this Court on February 24, 2014, at 9:00 a.m.

The plaintiffs are to file their motion for final approval of the settlement and their application for an award of attorneys' fees and costs no later than January 27, 2014.

**SO ORDERED.**

**DATED THIS 5TH DAY OF DECEMBER, 2013**

                                            **D. Brock Hornby**_____
                                            **D. BROCK HORNBY**
                                            **UNITED STATES DISTRICT JUDGE**